**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAY.ORG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, *et al.*, <br><br> Defendants, <br><br> STATE WATER CONTRACTORS, *et al.*, <br><br> Intervenors-Defendants. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND MODIFY SCHEDULING ORDER** <br><br> Case No. 1:17-cv-01176-LJO-EPG |
| GOLDEN GATE SALMON ASSOCIATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, *et al.*, <br><br> Defendants, <br><br> STATE WATER CONTRACTORS, *et al.*, <br><br> Intervenors-Defendants. | Case No. 1:17-cv-01172-LJO-EPG <br><br> (ECF No. 52) |

Pursuant to the Parties' Stipulation (ECF No. 52), and good cause shown, the Court hereby ORDERS the following schedule for dispositive briefing in these cases:

| Deadline | *GGSA v. NMFS*, No. 17-cv-01172 | *Bay.org v. FWS*, No. 17-cv-01176 |
| --- | --- | --- |
| Plaintiffs shall file their motion for summary judgment | September 28, 2018 | December 18, 2018 |
| Defendants shall file their opposition and any cross-motion for summary judgment | October 30, 2018 | January 22, 2019 |
| Plaintiffs shall file their reply in support of summary judgment and opposition to any cross-motion for summary judgment | November 20, 2018 | February 12, 2019 |
| Defendants shall file their reply in support of their cross-motion for summary judgment | December 18, 2018 | March 5, 2019 |

IT IS SO ORDERED.

Dated: **July 10, 2018**

/s/ Elena P. Grosjean
UNITED STATES MAGISTRATE JUDGE