# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY.ORG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, *et al.*, <br><br> Defendants, <br><br> STATE WATER CONTRACTORS, *et al.*, <br><br> Intervenors-Defendants. | ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND MODIFY SCHEDULING ORDER <br><br> Civ. No. 1:17-cv-01176-LJO-EPG <br><br> (ECF No. 67) |
| GOLDEN GATE SALMON ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, *et al.*, <br><br> Defendants, <br><br> STATE WATER CONTRACTORS, *et al.*, <br><br> Intervenors-Defendants. | Civ. No. 1:17-cv-01172-LJO-EPG <br><br> (ECF No. 71) |

1

Pursuant to Federal Defendants' unopposed Motions to Extend Deadlines in these cases (Case No. 17-cv-01176, ECF No. 67; Case No. 17-cv-01172, ECF No. 71), the Court finds good cause for granting the requested extension of the briefing schedules. Accordingly,

IT IS ORDERED that the following schedule for dispositive briefing is established:

| Deadline | *GGSA v. NMFS*, No. 17-cv-01172 | *Bay.org v. FWS*, No. 17-cv-01176 |
|---|---|---|
| Plaintiffs shall file their motion for summary judgment | October 12, 2018 | January 15, 2019 |
| Defendants shall file their opposition and any cross-motion for summary judgment | November 13, 2018 | February 19, 2019 |
| Plaintiffs shall file their reply in support of summary judgment and opposition to any cross-motion for summary judgment | December 11, 2018 | March 12, 2019 |
| Defendants shall file their reply in support of their cross-motion for summary judgment | January 15, 2018 | April 2, 2019 |

IT IS SO ORDERED.

Dated: **September 27, 2018**    /s/ *Elvin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2