JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
NICOLE M. SMITH, Trial Attorney
601 D St. NW
Washington, D.C. 20530
Telephone: 202-305-0368
Facsimile: 202-305-0275
Email: nicole.m.smith@usdoj.gov

LESLEY LAWRENCE-HAMMER
STEPHANIE J. TALBERT
Senior Attorney
999 18th St., Suite 370
Denver, CO 80202
Telephone: 303-844-7231
Facsimile: 303-844-1350
Email: stephanie.talbert@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

BAY.ORG, *et al.*,
Plaintiffs,
v.

ZINKE, *et al.*,

Defendants,
and

STATE WATER CONTRACTORS, *et al.*,

Defendant-Intervenors.

**Civ. No. 1:17-cv-01176-LJO-EPG**

**NOTICE OF MOTION AND MOTION TO STRIKE OR, IN THE ALTERNATIVE, CONSIDER ADDITIONAL EXTRA-RECORD EVIDENCE**

Please take notice that Federal Defendants hereby move to strike the extra-record documents submitted by Plaintiffs with their Motion to Complete the Administrative Record, ECF No. 53. The documents are not relevant to Plaintiffs' challenge to the California WaterFix Biological Opinion at issue in this case. Accordingly, Federal Defendants respectfully request that the Court strike the documents. In the alternative, Federal Defendants request that the Court consider 26 additional exhibits involving the same subject matter, which will put Plaintiffs' exhibits in context and provide the Court with a better understanding of their significance.

Federal Defendants have not noticed this motion for hearing because the Court has stated that it will decide this motion on the papers without oral argument. *See* Memorandum Decision and Order Denying Motion to Complete the Administrative Record and Granting Motion to Consider Extra-Record Evidence at 21, ECF No. 66.

Dated: November 30, 2018

Respectfully submitted,

*/s/ Stephanie J. Talbert*
Stephanie J. Talbert
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Telephone: 303-844-7231
Fax: 303-844-1350
stephanie.talbert@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

/s/ *Stephanie J. Talbert*

Stephanie J. Talbert