# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BAY.ORG, *et al.*,

    Plaintiffs,

v.

ZINKE, *et al.*,

    Defendants,

    and

STATE WATER CONTRACTORS, *et al.*,

    Defendant-Intervenors.

Case No. 1:17-cv-01176-LJO-EPG

ORDER STAYING CASE DURING LAPSE IN APPROPRIATIONS (ECF NO. 83)

**ORDER**

This matter is before the Court on Federal Defendants' Unopposed Motion for a Stay in Light of Lapse of Appropriations. Federal Defendants request a stay of the deadlines included in the Court's September 28, 2018, Order [ECF 69] regarding scheduling. For good cause shown, it is hereby ORDERED that Federal Defendants' motion is GRANTED. The deadlines in the Court's September 28, 2018, Order [ECF 69] are stayed until federal defense counsel notifies the Court that Congress has appropriated funds for the Department or enacted another continuing resolution. At that point, all deadlines in the Court's September 28, 2018, Order [ECF 69] will be extended commensurate with the duration of the lapse in appropriations.

IT IS SO ORDERED.

    Dated: **January 18, 2019**        **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE