# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY.ORG, *et al.*,<br>　　　　　　Plaintiffs,<br>　　v.<br>ZINKE, *et al.*,<br>　　　　　　Defendants,<br>　　and<br>STATE WATER CONTRACTORS, *et al.*,<br>　　　　　　Defendant-Intervenors. | 1:17-cv-01176-LJO-EPG<br><br>**ORDER LIFTING STAY AND SETTING AMENDED BRIEFING SCHEDULE**<br><br>(ECF No. 85) |

On January 18, 2019, the Court granted Federal Defendants' Unopposed Motion for a Stay in Light of Lapse of Appropriations. ECF No. 84. That Order also stated that all deadlines set in the Court's September 28, 2018, Order, ECF No. 69, would be stayed until counsel for Federal Defendants notified the Court that Congress had appropriated funds for the Department or enacted another continuing resolution, and that at that point, all deadlines from that September 18, 2018, Order would be extended commensurate with the duration of the lapse in appropriations. On January 29, 2019, Federal Defendants filed a Notice of Restoration of Appropriations and Joint Proposed Schedule. ECF No. 85. The parties jointly proposed that the deadline for Defendants' Oppositions/Cross-Motions for Summary Judgment be extended by 35 days (the duration of the shutdown) but that the deadlines for the parties' replies be extended by 42 days.[1] *Id.*

---

[1] The September 28, 2018, Order set February 19, 2019, as the deadline for defendants' oppositions and cross-motions for summary judgment; March 12, 2019, as the deadline for Plaintiffs' reply in support of its motion for summary judgment and opposition to cross-motions for summary judgment; and set April 2, 2019, as the deadline for defendants' replies in support

1

Good cause having been shown, the Court **LIFTS THE STAY** and **ADOPTS** the parties' joint proposed schedule. Accordingly, the new deadlines are set as follows:

- Defendants' Oppositions/Cross-Motions for Summary Judgment are due **March 26, 2019**;
- Plaintiffs' Opposition/Reply in Support of their Motion for Summary Judgment is due **April 23, 2019**;
- Defendants' Replies are due **May 14, 2019**.

IT IS SO ORDERED.

Dated: __**January 30, 2019**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

of their cross-motions for summary judgment.