1  XAVIER BECERRA
   Attorney General of California
2  ANNADEL A. ALMENDRAS
   Supervising Deputy Attorney General
3  CLIFFORD T. LEE (SBN 74687)
   ADAM L. LEVITAN (SBN 280226)
4  MELINDA PILLING (SBN 274929)
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone: (415) 510-3479
     Fax: (415) 703-5480
7    E-mail:  Cliff.Lee@doj.ca.gov
   *Attorneys for Intervenor California Department of*
8  *Water Resources*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BAY.ORG D/B/A THE BAY INSTITUTE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID BERNHARDT, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE INTERIOR; GREG SHEEHAN, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. FISH AND WILDLIFE SERVICE; AND U.S. FISH AND WILDLIFE SERVICE**<br><br>Defendants,<br><br>**STATE WATER CONTRACTORS; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; CALIFORNIA DEPARTMENT OF WATER RESOURCES**<br><br>Defendants-Intervenors | Case No. 1:17-cv-01176-LJO-EPG<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR BRIEFING OF DEPARTMENT OF WATER RESOURCES' MOTION TO STAY PROCEEDINGS** |

1

**STIPULATION**

Pursuant to Local Rule 144(e), the parties hereby stipulate to shorten the timeframe for briefing, and if the Court so desires, hearing on Defendant-Intervenor the California Department of Water Resources' concurrently filed Motion to Stay Proceedings, as follows: 1. Any response to the motion shall be filed by 5:00 p.m. on Wednesday, March 6, 2019; 2. Any reply shall be filed by 5:00 p.m. on Friday, March 8, 2019; and 3. The hearing on the motion, if any, shall be held on March 12, 2019 at 1:00 p.m., or as soon thereafter as is convenient for the Court.

So stipulate:

Dated: March 1, 2019

/s/ Clifford T. Lee
CLIFFORD T. LEE
Deputy Attorney General
*Attorneys for Defendant-Intervenor*
*California Department of Water Resources*

Dated: March 1, 2019

/s/ Jolie McLaughlin
JOLIE MCLAUGHLIN
Natural Resources Defense Council, Inc.
*Attorney for Plaintiffs*

Dated: March 1, 2019

/s/ Rebecca D. Sheehan
REBECCA D. SHEEHAN
*Attorney for Defendant-Intervenor*
*Metropolitan Water District of Southern California*

Dated: March 1, 2019

/s/ Tyler Welti
TYLER WELTI
Venable LLP
*Attorney for Defendant-Intervenor State Water Contractors*

Dated: March 1, 2019   /s/ Stephanie J. Talbert
STEPHANIE J. TALBERT
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
*Attorney for Federal Defendants*

**ORDER**

With good cause appearing, the Court APPROVES the parties' stipulation to shorten time. IT IS HEREBY ORDERED that: 1. Any response to DWR's Motion to Stay Proceedings shall be filed by **5:00 p.m. on Wednesday, March 6, 2019**; 2. Any reply shall be filed by **5:00 p.m. on Friday, March 8, 2019**. No hearing on the motion shall be scheduled without further order of the Court.

IT IS SO ORDERED.

Dated: **March 4, 2019**   **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE