# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BAY.ORG, *et al.*,

    Plaintiffs,

v.

DAVID BERNHARDT, *et al.*,

    Defendants,

  and

STATE WATER CONTRACTORS, *et al.*,

    Defendant-Intervenors.

Case No. 1: 17-cv-01176-LJO-EPG

**ORDER RE REQUEST TO STAY CASE FOR 30 DAYS (ECF NO. 105)**

This matter is before the Court on Plaintiffs' Unopposed Motion for an Immediate Stay of Proceedings for 30 Days. Plaintiffs request a stay of proceedings, including the deadlines set forth in the Court's January 31, 2019 Order [ECF No. 86], as amended by the Court's March 11, 2019 Order [ECF No. 96], in light of the U.S. Bureau of Reclamation and California Department of Water Resources' letter formally withdrawing their Biological Assessment for the proposed WaterFix project and requesting that the U.S. Fish & Wildlife Service withdraw its Biological Opinion issued under Section 7 of the Endangered Species Act. For good cause shown, it is hereby ORDERED that Plaintiffs' unopposed motion is GRANTED. The parties shall file with the Court a joint status report on or before May 24, 2019, reflecting their respective positions on (i) Plaintiffs' pending claim and (ii) how the Court should proceed procedurally with this lawsuit. If the parties cannot agree to a joint status report, the parties shall file separate status reports.

IT IS SO ORDERED.

    Dated: **May 3, 2019**              **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE