# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY.ORG, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>DAVID BERNHARDT, *et al.*, <br><br>　　　　Defendants, <br><br>　and <br><br>STATE WATER CONTRACTORS, *et al.*, <br><br>　　　　Defendant-Intervenors. | Case No. 1: 17-cv-01176-LJO-EPG <br><br> **ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> (ECF No. 107) |

Pursuant to the Stipulation of Voluntary Dismissal filed by Plaintiffs on May 10, 2019, and signed by all parties in this action (ECF No. 107), the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); ); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:　**May 13, 2019**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE